UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC INC, <br><br> Plaintiff(s), <br><br> v. <br><br> RESMEX PARTNERS LLC, <br><br> Defendant(s). <br> _____/ | No. C-11-05581 DMR <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for February 29, 2012 has been CONTINUED to **April 25, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 18, 2012.** Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: February 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge